# UNITED STATES BANKRUPTCY COURT

## District of South Carolina

| | | |
|---|---|---|
| In re: | ) | |
|     Walter Frank Pigg | ) | **NOTICE OF APPEARANCE** |
| | ) | |
|     Debtor(s) | ) | Case No.: 19-03201-jw |
| | ) | Chapter 13 |
| | ) | |
| | ) | Bankruptcy Judge Waites |

To:    The clerk of court and all parties of record:

PLEASE TAKE NOTICE that the undersigned attorney, Robert R. Sansbury, III of Sansbury Law Firm, LLC hereby enters an appearance on behalf of Howard Pollock, Frandi Mars, Richard Garbutt, Elizabeth Garbutt, Kim Hyung, Andrew Brandt, Daniel Smith, Nancy Smith, Dwight McPherson, Janice McPherson, Richard Friend, Wendy Friend, James Portagallo, Marguerite Portagallo, Earl Glenn Sears, Angela Sears, Mark S. Bricker and Mary Bricker, creditors in the above-captioned Chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on

Robert R. Sansbury, III
Sansbury Law Firm, LLC
4728 Jenn Drive
Suite 102
Myrtle Beach, SC 29577
Telephone: (8430 315-9945
Facsimile: (866) 842-8011
Email: Robert@SansburyLaw.com

(SIGNATURE PAGE TO FOLLOW)

**SANSBURY LAW FIRM, LLC**

*s/Robert Sansbury*
Robert R. Sansbury, III
Federal Bar No.: 10621
4728 Jenn Drive, Suite 102
Myrtle Beach, SC 29577
Phone: (843) 315-9945
Fax: (866) 842-8011
Email: Robert@SansburyLaw.com

July 19, 2019
Myrtle Beach, SC