UNITED STATES BANKRUPTCY COURT
District of South Carolina

| | |
|---|---|
| In re: ) | |
| ) | |
| Walter Frank Pigg ) | Case No. 19-03201 |
| ) | |
| Debtor. ) | |

**NOTICE OF WITHDRAWAL OF CLAIM**

Claim No.32 was filed on August 7, 2019 by AutoMoney, Inc. The filing party now notifies the Court that this claim is withdrawn as the debtor has paid his balance in full.

/s/ Abigail Duffy
Bankruptcy Administrator
AutoMoney Title Pawn, LLC
450 Meeting Street
Charleston, SC 29403
843-958-0340
bankruptcy@jolinent.com