UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 19-03201-JW |
| WALTER FRANK PIGG | (CHAPTER 13) |
| Debtor | |

### NOTICE OF MOTION TO DISMISS CHAPTER 13 CASE AND POSSIBLE HEARING

James M. Wyman, the Chapter 13 Trustee, has filed papers with the court to dismiss this Chapter 13 case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to dismiss this Chapter 13 case, or if you want the court to consider your views on the motion to dismiss, then on or before twenty-one (21) days from the date of service, you or your attorney must:

File with the court a written response explaining your position at:

    U.S. Bankruptcy Courthouse
    J. Bratton Davis
    1100 Laurel Street
    Columbia, SC 29201-2423

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

    James M. Wyman
    Office of the Chapter 13 Trustee
    P.O. Box 997
    Mt. Pleasant, SC 29465-0997

If a response is filed, a hearing will be held on September 19, 2019 at 10:00 am at 145 King Street, Room 225, Charleston, SC 29401.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: August 15, 2019

                                                             /s/Russell Jackson, II
                                                             PO Box 997
                                                             Mt. Pleasant, SC 29465-0997
                                                             Phone: (843) 388-9844
                                                             Fax: (843) 388-9877
                                                             Email: 13office@charleston13.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 19-03201-JW |
| WALTER FRANK PIGG | (CHAPTER 13) |
| | **MOTION TO DISMISS CASE** |
| Debtor | |

The Trustee hereby requests the dismissal of the above case for the following reason(s):

**The Debtor failed to make timely payments to the Trustee.**

**Debtor is past due two payments as of August 13, 2019. No funds have been received from this Debtor.**

Trustee asserts that the above has caused delay which could be prejudicial to creditors unless timely cured, and the Trustee asks for dismissal. Trustee further requests that if the above issues are cured, but the plan is not confirmable for any other reason, because additional documents, trustee payments, or plan are required, that the court consider dismissal of the case at confirmation hearing, pursuant to 11 U.S.C. §1307(c).

Dated: August 15, 2019

/s/James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

19-03201-JW

**CERTIFICATE OF SERVICE**

The undersigned states that he/she served the Trustee's Motion to Dismiss on the on the parties listed below by mailing to them, on this date, copies of the motion, first class, postage prepaid, and addressed as follows:

WALTER FRANK PIGG
PO BOX 805
NORTH MYRTLE BEACH, SC 29597

Meredith Law Firm LLC
Elizabeth R. Heilig
2411 N OAK STREET SUITE 107
MYRTLE BEACH, SC  29577-0000

Date: August 15, 2019

/s/Russell Jackson, II
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com